\_\_\_FILED\_\_\_\_LODGED
\_\_\_RECEIVED\_\_\_COPY

2008 SEP -3 P 3: 39

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

1  DIANE J. HUMETEWA
   United States Attorney
2  District of Arizona
   MARK BRNOVICH
3  Arizona State Bar No. 014134
   Assistant U.S. Attorney
4  40 N. Central Avenue, Suite 1200
   Phoenix, Arizona 85004-4408
5  Telephone (602) 514-7500
   mark.brnovich@usdoj.gov
6
7              UNITED STATES DISTRICT COURT
8                  DISTRICT OF ARIZONA

**CR08-1101 TUC**
**CKJ/BPV**

9  United States of America,
10          Plaintiff,          **INDICTMENT**
       v.                       VIO:  18 U.S.C. § 1168(b)
11                                     (Theft by Officer or Employee of
   Adam Thomas Vega,                   Gaming Establishment on Indian
12                                     Lands)
          Defendant.                   Counts 1-15
13
                                       26 U.S.C. § 7201
14                                     (Attempted Evasion of
                                       Assessment and Payment of
15                                     Federal Individual Income Taxes)
                                       Counts 16-18
16
17
18  THE GRAND JURY CHARGES:
19                         **INTRODUCTION**
20  At all times material to this Indictment:
21      1. The Desert Diamond Casino ("Casino") is located in Pima County, Arizona. It is
22  owned and operated by the Tohono O'odham Nation. The Casino offers various casino-style
23  games, including electronic gaming devices. These gaming devices include slot machines.
24      2. ADAM THOMAS VEGA was employed at the casino from May 26, 2001, through
25  July 10, 2007. During his employment with the Casino, Vega worked as a slot floor person.
26  His primary duty was to carry a bank of $5,000 in order to hand pay patrons who won slot
27  machine jackpots in amounts under $1,200. Jackpots of $1,200 or more require the signature
28  of a supervisor and the winning patron must produce identification prior to

receiving his or her winnings. A W-2G federal tax withholding form is also generated prior to receiving jackpots of $1,200 or greater.

3. The normal procedure for paying winning jackpots is that a slot floor person will respond to the winning slot machine. The employee will then enter his employee card into the machine and enter the jackpot amount into a number pad located on the front of the slot machine. Upon the amount being entered, an electronic signal is sent to a Cash Booth Station ("CB Station"). A jackpot slip is generated at the CB Station that indicates which slot machine has a winning jackpot and includes the employee's name below a signature line.

4. The jackpot slip is signed by the slot floor person who generated the slip and is then verified and signed by another slot floor person. The Jackpot Slip has two copies, the Accounting copy and the Cage copy. The patron is paid the jackpot amount from the slot floor person's bank. The slot machine is then reset using a key.

5. Casino procedures require that the Accounting Copy (which bears the original signatures) be deposited into the Audit Box and the Cage copy is taken to the Cage Service Window. The slot floor person is then provided money by the cage to replenish his or her bank.

6. On rare occasions, a slot machine may "hit" a jackpot but not send a signal to the on-line system. When this occurs, a slot floor person is required to enter the information as he normally would on the slot machine's keypad. However, a supervisor is also required to verify the jackpot and enter his password into the CB Station. This causes an override ticket to be produced with the word "override" printed in the top left corner. A slot supervisor is required to sign all jackpot override tickets.

7. From October 2005 through July 2007, ADAM THOMAS VEGA, created 585 jackpot override tickets. Each of these jackpot override tickets were created at the CB station and none of them were initiated at the slot machine. Each of these alleged jackpots were for amounts under $1,200 and only one of the override tickets had a supervisor's signature verifying the jackpot.

8. Beginning on October 1, 2005 and running through July 9, 2007, ADAM THOMAS

VEGA, submitted the following jackpot override tickets for payment from the casino cage cashier:

| Override | Date | Ticket | Slot ID | Amount |
|:---:|:---:|:---:|:---:|---:|
| 1 | October 1, 2005 | 803 | 9023 | $1,195.00 |
| 2 | October 2, 2005 | 816 | 9011 | $1,100.00 |
| 3 | October 2, 2005 | 831 | 9011 | $1,000.00 |
| 4 | October 3, 2005 | 1069 | 9011 | $1,195.00 |
| 5 | October 4, 2005 | 1076 | 9011 | $1,100.00 |
| 6 | October 7, 2005 | 1412 | 9011 | $1,100.00 |
| 7 | October 8, 2005 | 1565 | 9011 | $1,100.00 |
| 8 | October 10, 2005 | 1952 | 9011 | $1,100.00 |
| 9 | October 11, 2005 | 1969 | 9011 | $1,100.00 |
| 10 | October 11, 2005 | 2018 | 9011 | $1,100.00 |
| 11 | October 11, 2005 | 2032 | 9011 | $1,100.00 |
| 12 | October 15, 2005 | 2537 | 9011 | $1,195.00 |
| 13 | October 15, 2005 | 2548 | 9011 | $1,100.00 |
| 14 | October 17, 2005 | 2780 | 9011 | $1,100.00 |
| 15 | October 17, 2005 | 2782 | 9011 | $1,195.00 |
| 16 | October 18, 2005 | 2787 | 9011 | $100.00 |
| 17 | October 18, 2005 | 2788 | 9011 | $1,100.00 |
| 18 | October 22, 2005 | 3421 | 9011 | $1,195.00 |
| 19 | October 23, 2005 | 3536 | 9011 | $1,195.00 |
| 20 | October 23, 2005 | 3537 | 9010 | $1,195.00 |
| 21 | October 24, 2005 | 3643 | 9011 | $1,195.00 |
| 22 | October 24, 2005 | 3646 | 9011 | $1,195.00 |
| 23 | October 24, 2005 | 3650 | 9011 | $1,100.00 |

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 24 | October 30, 2005 | 4402 | 9011 | $1,195.00 |
| 25 | October 30, 2005 | 4412 | 9011 | $1,198.00 |
| 26 | November 4, 2005 | 4943 | 9011 | $1,195.00 |
| 27 | November 5, 2005 | 4960 | 9011 | $1,195.00 |
| 28 | November 5, 2005 | 5129 | 9011 | $1,195.00 |
| 29 | November 5, 2005 | 5142 | 9011 | $1,100.00 |
| 30 | November 10, 2005 | 5567 | 9011 | $1,195.00 |
| 31 | November 12, 2005 | 5895 | 9011 | $1,195.00 |
| 32 | November 12, 2005 | 5897 | 9011 | $1,100.00 |
| 33 | November 13, 2005 | 5913 | 9011 | $1,195.00 |
| 34 | November 13, 2005 | 5914 | 9012 | $1,100.00 |
| 35 | November 17, 2005 | 6358 | 9011 | $1,195.00 |
| 36 | November 17, 2005 | 6393 | 9011 | $1,100.00 |
| 37 | November 21, 2005 | 6927 | 9011 | $1,195.00 |
| 38 | November 21, 2005 | 6928 | 9012 | $1,100.00 |
| 39 | November 24, 2005 | 7215 | 9011 | $1,195.00 |
| 40 | November 24, 2005 | 7217 | 9011 | $1,100.00 |
| 41 | November 26, 2005 | 7389 | 9011 | $1,195.00 |
| 42 | November 26, 2005 | 7390 | 9011 | $1,195.00 |
| 43 | November 26, 2005 | 7401 | 9011 | $1,100.00 |
| 44 | November 26, 2005 | 7520 | 9011 | $1,100.00 |
| 45 | November 27, 2005 | 7651 | 9011 | $1,195.00 |
| 46 | November 27, 2005 | 7652 | 9011 | $1,100.00 |
| 47 | December 3, 2005 | 8175 | 9011 | $1,195.00 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 48 | December 3, 2005 | 8186 | 9011 | $1,100.00 |
| 49 | December 3, 2005 | 8278 | 9011 | $1,195.00 |
| 50 | December 3. 2005 | 8279 | 9011 | $1,195.00 |
| 51 | December 3, 2005 | 8284 | 9011 | $1,100.00 |
| 52 | December 3, 2005 | 8297 | 9011 | $1,195.00 |
| 53 | December 4,2005 | 8300 | 9011 | $1,195.00 |
| 54 | December 4, 2005 | 8312 | 9011 | $1,195.00 |
| 55 | December 4, 2005 | 8315 | 9011 | $1,000.00 |
| 56 | December 4, 2005 | 8390 | 9011 | $1,195.00 |
| 57 | December 4, 2005 | 8395 | 9011 | $1,195.00 |
| 58 | December 11, 2005 | 9191 | 9011 | $1,195.00 |
| 59 | December 11, 2005 | 9196 | 9011 | $1,195.00 |
| 60 | December 12, 2005 | 9203 . | 9011 | $1,100.00 |
| 61 | December 12, 2005 | 9205 | 9011 | $1,100.00 |
| 62 | December 12, 2005 | 9267 | 9011 | $1,195.00 |
| 63 | December 12, 2005 | 9280 | 9011 | $1,100.00 |
| 64 | December 13, 2005 | 9292 | 9011 | $1,100.00 |
| 65 | December 16, 2005 | 9703 | 9011 | $1,195.00 |
| 66 | December 16, 2005 | 9704 | 9011 | $1,000.00 |
| 67 | December 17, 2005 | 9752 | 9011 | $1,000.00 |
| 68 | December 17, 2005 | 9887 | 9011 | $1,195.00 |
| 69 | December 18, 2005 | 9917 | 9011 | $1,100.00 |
| 70 | December 21, 2005 | 10427 | 9011 | $1,100.00 |
| 71 | December 22, 2005 | 10454 | 9011 | $1,100.00 |
| 72 | December 23, 2005 | 10700 | 9011 | $1,195.00 |

| **Override** | **Date** | **Ticket** | **Slot ID** | **Amount** |
|:---:|:---:|:---:|:---:|---:|
| 73 | December 24, 2005 | 10716 | 9011 | $1,100.00 |
| 74 | December 25, 2005 | 10919 | 9011 | $1,100.00 |
| 75 | December 25, 2005 | 10920 | 9011 | $1,100.00 |
| 76 | December 25, 1929 | 10952 | 9011 | $1,195.00 |
| 77 | December 25, 2005 | 10962 | 9011 | $1,100.00 |
| 78 | December 26, 2005 | 10978 | 9011 | $1,100.00 |
| 79 | December 28, 2005 | 11340 | 9011 | $1,195.00 |
| 80 | December 28, 2005 | 11375 | 9011 | $1,100.00 |
| 81 | December 30, 2005 | 11730 | 9011 | $1,195.00 |
| 82 | January 1, 2006 | 11958 | 9011 | $1,100.00 |
| 83 | January 2, 2006 | 12103 | 9011 | $1,195.00 |
| 84 | January 2, 2006 | 12206 | 9011 | $1,195.00 |
| 85 | January 2, 2006 | 12219 | 9011 | $1,195.00 |
| 86 | January 7, 2006 | 12698 | 9011 | $1,195.00 |
| 87 | January 8, 2006 | 13003 | 9011 | $1,195.00 |
| 88 | January 8, 2006 | 13020 | 9011 | $1,195.00 |
| 89 | January 9, 2006 | 13144 | 9011 | $1,195.00 |
| 90 | January 13, 2006 | 13698 | 9011 | $1,195.00 |
| 91 | January 13, 2006 | 13702 | 9011 | $1,000.00 |
| 92 | January 15, 2006 | 13966 | 9011 | $1,195.00 |
| 93 | January 15, 2006 | 14115 | 9011 | $1,195.00 |
| 94 | January 21, 2006 | 14950 | 9011 | $1,195.00 |
| 95 | January 22, 2006 | 15054 | 9001 | $1,195.00 |
| 96 | January 23, 2006 | 15067 | 9011 | $1,195.00 |
| 97 | January 26, 2006 | 15543 | 9011 | $1,198.00 |

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 98 | January 26, 2006 | 15549 | 9011 | $1,100.00 |
| 99 | January 27, 2006 | 15691 | 9011 | $1,195.00 |
| 100 | January 27, 2006 | 15692 | 9011 | $1,195.00 |
| 101 | January 29, 2006 | 15907 | 9011 | $1,195.00 |
| 102 | January 29, 2006 | 16053 | 9011 | $1,195.00 |
| 103 | January 30, 2006 | 16132 | 9011 | $1,195.00 |
| 104 | January 30, 2006 | 16158 | 9011 | $1,100.00 |
| 105 | January 31, 2006 | 16230 | 9011 | $1,195.00 |
| 106 | January 31, 2006 | 16241 | 9011 | $1,100.00 |
| 107 | January 31, 2006 | 16286 | 9011 | $1,195.00 |
| 108 | February 5, 2006 | 16961 | 9011 | $1,195.00 |
| 109 | February 6, 2006 | 17130 | 9011 | $1,198.00 |
| 110 | February 6, 2006 | 17169 | 9011 | $1,100.00 |
| 111 | February 10, 2006 | 17641 | 9011 | $1,195.00 |
| 112 | February 10, 2006 | 17699 | 9011 | $1,100.00 |
| 113 | February 11, 2006 | 17859 | 9011 | $1,195.00 |
| 114 | February 12, 2006 | 18033 | 9011 | $1,195.00 |
| 115 | February 12, 2006 | 18038 | 9011 | $1,100.00 |
| 116 | February 12, 2006 | 18039 | 9011 | $1,195.00 |
| 117 | February 12, 2006 | 18042 | 9011 | $900.00 |
| 118 | February 12, 2006 | 18048 | 9011 | $1,100.00 |
| 119 | February 16, 2006 | 18554 | 9011 | $1,195.00 |
| 120 | February 17, 2006 | 18702 | 9011 | $1,195.00 |
| 121 | February 17, 2006 | 18722 | 9011 | $1,100.00 |
| 122 | February 20, 2006 | 19156 | 9011 | $1,195.00 |

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 123 | February 20, 2006 | 19168 | 9011 | $1,100.00 |
| 124 | February 23, 2006 | 19566 | 9011 | $1,195.00 |
| 125 | February 23, 2006 | 19620 | 9011 | $1,100.00 |
| 126 | February 24, 2006 | 19726 | 9011 | $1,195.00 |
| 127 | February 24, 2006 | 19727 | 9011 | $900.00 |
| 128 | February 24, 2006 | 19731 | 9011 | $1,195.00 |
| 129 | February 25, 2006 | 19924 | 9011 | $1,195.00 |
| 130 | February 25, 2006 | 19950 | 9011 | $1,195.00 |
| 131 | February 25, 2006 | 19982 | 9011 | $1,100.00 |
| 132 | March 6, 2006 | 21156 | 9011 | $1,195.00 |
| 133 | March 7, 2006 | 21267 | 9011 | $1,100.00 |
| 134 | March 7, 2006 | 21268 | 9011 | $1,195.00 |
| 135 | March 7, 2006 | 21295 | 9011 | $1,100.00 |
| 136 | March 13, 2006 | 22150 | 9011 | $1,195.00 |
| 137 | March 13, 2006 | 22162 | 9011 | $1,195.00 |
| 138 | March 14, 2006 | 22305 | 9011 | $1,195.00 |
| 139 | March 14, 2006 | 22311 | 9011 | $1,195.00 |
| 140 | March 14, 2006 | 22312 | 9011 | $1,100.00 |
| 141 | March 14, 2006 | 22334 | 9011 | $1,000.00 |
| 142 | March 18, 2006 | 22944 | 9011 | $1,195.00 |
| 143 | March 20, 2006 | 23244 | 9011 | $1,195.00 |
| 144 | March 20, 2006 | 23284 | 9011 | $1,195.00 |
| 145 | March 21, 2006 | 23363 | 9012 | $1,195.00 |
| 146 | March 21, 2006 | 23414 | 9011 | $1,195.00 |
| 147 | March 25, 2006 | 23907 | 9011 | $1,195.00 |

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 148 | March 25, 2006 | 23946 | 9011 | $1,195.00 |
| 149 | March 25, 2006 | 23963 | 9011 | $1,195.00 |
| 150 | March 25, 2006 | 23984 | 9011 | $1,100.00 |
| 151 | March 26, 2006 | 24095 | 9011 | $1,100.00 |
| 152 | March 30, 2006 | 24572 | 9011 | $1,195.00 |
| 153 | March 31 ,2006 | 24686 | 9011 | $1,195.00 |
| 154 | April 2, 2006 | 25023 | 9011 | $1,195.00 |
| 155 | April 2, 2006 | 25033 | 9011 | $1,195.00 |
| 156 | April 2, 2006 | 25044 | 9011 | $1,195.00 |
| 157 | April 3, 2006 | 25177 | 9011 | $1,195.00 |
| 158 | April 3, 2006 | 25181 | 9012 | $1,195.00 |
| 159 | April 3, 2006 | 25185 | 9011 | $1,100.00 |
| 160 | April 3, 2006 | 25195 | 9011 | $1,195.00 |
| 161 | April 5, 2006 | 25389 | 9011 | $1,195.00 |
| 162 | April 5, 2006 | 25391 | 9011 | $1,195.00 |
| 163 | April 11, 2006 | 26298 | 9011 | $1,195.00 |
| 164 | April 11, 2006 | 26304 | 9011 | $1,195.00 |
| 165 | April 11, 2006 | 26310 | 9011 | $1,100.00 |
| 166 | April 13, 2006 | 26605 | 9011 | $1,195.00 |
| 167 | April 13, 2006 | 26612 | 9011 | $1,100.00 |
| 168 | April 13, 2006 | 26643 | 9011 | $900.00 |
| 169 | April 14, 2006 | 26802 | 9011 | $1,195.00 |
| 170 | April 14, 2006 | 26817 | 9011 | $1,100.00 |
| 171 | April 16, 2006 | 27397 | 9011 | $1,195.00 |
| 172 | April 16, 2006 | 27400 | 9011 | $1,195.00 |

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 173 | April 16, 2006 | 27408 | 9011 | $1,100.00 |
| 174 | April 17, 2006 | 27526 | 9011 | $1,195.00 |
| 175 | April 17, 2006 | 27538 | 9011 | $1,100.00 |
| 176 | April 17, 2006 | 27546 | 9011 | $1,195.00 |
| 177 | April 18, 2006 | 27654 | 9011 | $1,195.00 |
| 178 | April 18, 2006 | 27677 | 9011 | $1,195.00 |
| 179 | April 22, 2006 | 28190 | 9011 | $1,195.00 |
| 180 | April 22, 2006 | 28204 | 9011 | $1,100.00 |
| 181 | April 25, 2006 | 28619 | 9011 | $1,195.00 |
| 182 | April 25, 2006 | 28620 | 9011 | $1,100.00 |
| 183 | April 25, 2006 | 28621 | 9011 | $1,195.00 |
| 184 | April 25, 2006 | 28622 | 9011 | $1,195.00 |
| 185 | April 25, 2006 | 28675 | 9002 | $1,195.00 |
| 186 | April 27, 2006 | 28842 | 9011 | $1,195.00 |
| 187 | April 27, 2006 | 28849 | 9011 | $1,195.00 |
| 188 | April 27, 2006 | 28880 | 9002 | $1,000.00 |
| 189 | April 28, 2006 | 28982 | 9011 | $1,195.00 |
| 190 | April 28, 2006 | 29001 | 9011 | $1,195.00 |
| 191 | April 29, 2006 | 29212 | 9011 | $1,195.00 |
| 192 | April 29, 2006 | 29224 | 9011 | $1,195.00 |
| 193 | May 1, 2006 | 29490 | 9011 | $1,195.00 |
| 194 | May 1, 2006 | 29507 | 9002 | $1,195.00 |
| 195 | May 4, 2006 | 29888 | 9002 | $1,198.00 |
| 196 | May 4, 2006 | 29893 | 9002 | $1,195.00 |
| 197 | May 6, 2006 | 30202 | 9022 | $1,195.00 |

| Override | Date | Ticket | Slot ID | Amount |
|----------|------|--------|---------|--------|
| 198 | May 7, 2006 | 30327 | 9022 | $1,198.00 |
| 199 | May 7, 2006 | 30329 | 9022 | $1,195.00 |
| 200 | May 8, 2006 | 30436 | 9022 | $1,195.00 |
| 201 | May 8, 2006 | 30477 | 9022 | $1,100.00 |
| 202 | May 12,2006 | 30915 | 9022 | $1,195.00 |
| 203 | May 13, 2006 | 31089 | 9022 | $1,195.00 |
| 204 | May 14, 2006 | 31194 | 9022 | $1,195.00 |
| 205 | May 14, 2006 | 31201 | 9022 | $1,195.00 |
| 206 | May 14, 2006 | 31211 | 9022 | $1,000.00 |
| 207 | May 15, 2006 | 31316 | 9002 | $1,195.00 |
| 208 | May 15, 2006 | 31321 | 9022 | $1,100.00 |
| 209 | May 15, 2006 | 31328 | 9022 | $800.00 |
| 210 | May 15, 2006 | 31338 | 9022 | $1,195.00 |
| 211 | May 16, 2006 | 31463 | 9022 | $1,195.00 |
| 212 | May 16, 2006 | 31468 | 9022 | $1,100.00 |
| 213 | May 23, 2006 | 32366 | 9022 | $1,000.00 |
| 214 | May 25, 2006 | 32627 | 9022 | $1,195.00 |
| 215 | May 30, 2006 | 33483 | 9022 | $1,195.00 |
| 216 | May 31, 2006 | 33564 | 9022 | $1,195.00 |
| 217 | June 1, 2006 | 33642 | 9022 | $1,195.00 |
| 218 | June 1, 2006 | 33665 | 9022 | $1,195.00 |
| 219 | June 6, 2006 | 34370 | 9022 | $1,195.00 |
| 220 | June 6, 2006 | 34397 | 9022 | $1,000.00 |
| 221 | June 7, 2006 | 34473 | 9022 | $1,195.00 |
| 222 | June 7, 2006 | 34476 | 9022 | $1,195.00 |

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 223 | June 7, 2006 | 34507 | 9022 | $1,100.00 |
| 224 | June 8, 2006 | 34656 | 9022 | $1,195.00 |
| 225 | June 8, 2006 | 34658 | 9022 | $1,000.00 |
| 226 | June 8, 2006 | 34665 | 9022 | $1,195.00 |
| 227 | June 14, 2006 | 35404 | 9022 | $1,195.00 |
| 228 | June 15, 2006 | 35535 | 9022 | $1,195.00 |
| 229 | June 15, 2006 | 35550 | 9022 | $1,195.00 |
| 230 | June 19, 2006 | 36226 | 9022 | $1,195.00 |
| 231 | June 19, 2006 | 36266 | 9022 | $1,195.00 |
| 232 | June 21, 2006 | 36409 | 9012 | $1,195.00 |
| 233 | June 22, 2006 | 36525 | 9012 | $1,195.00 |
| 234 | June 22, 2006 | 36526 | 9022 | $1,000.00 |
| 235 | June 28, 2006 | 37272 | 9022 | $1,195.00 |
| 236 | June 28, 2006 | 37273 | 9022 | $1,100.00 |
| 237 | June 29, 2006 | 37404 | 9022 | $1,195.00 |
| 238 | June 29, 2006 | 37405 | 9022 | $1,195.00 |
| 239 | June 29, 2006 | 37484 | 9022 | $1,195.00 |
| 240 | July 5, 2006 | 38417 | 9022 | $1,195.00 |
| 241 | July 5, 2006 | 38418 | 9022 | $1,100.00 |
| 242 | July 5, 2006 | 38419 | 9023 | $1,100.00 |
| 243 | July 5, 2006 | 38448 | 9022 | $1,195.00 |
| 244 | July 5, 2006 | 38455 | 9022 | $1,000.00 |
| 245 | July 10, 2006 | 39079 | 9022 | $1,195.00 |
| 246 | July 10, 2006 | 39080 | 9023 | $1,000.00 |
| 247 | July 10, 2006 | 39109 | 9022 | $1,195.00 |

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 248 | July 11, 2006 | 39179 | 9022 | $1,195.00 |
| 249 | July 11, 2006 | 39180 | 9022 | $1,100.00 |
| 250 | July 11, 2006 | 39204 | 9022 | $1,195.00 |
| 251 | July 11, 2006 | 39205 | 9022 | $1,000.00 |
| 252 | July 12, 2006 | 39254 | 9022 | $1,195.00 |
| 253 | July 13, 2006 | 39343 | 9023 | $1,195.00 |
| 254 | July 17, 2006 | 39910 | 9022 | $1,195.00 |
| 255 | July 17, 2006 | 39912 | 9023 | $1,195.00 |
| 256 | July 17, 2006 | 39922 | 9022 | $800.00 |
| 257 | July 17, 2006 | 39946 | 9022 | $1,100.00 |
| 258 | July 18, 2006 | 40060 | 9022 | $1,195.00 |
| 259 | July 18, 2006 | 40073 | 9022 | $1,000.00 |
| 260 | July 25, 2006 | 40891 | 9022 | $1,100.00 |
| 261 | July 25, 2006 | 40900 | 9022 | $1,100.00 |
| 262 | July 26, 2006 | 40970 | 9022 | $1,195.00 |
| 263 | July 26, 2006 | 41001 | 9022 | $1,000.00 |
| 264 | July 27, 2006 | 41085 | 9022 | $1,195.00 |
| 265 | July 27, 2006 | 41086 | 9023 | $1,100.00 |
| 266 | July 27, 2006 | 41124 | 9023 | $1,100.00 |
| 267 | July 31, 2006 | 41619 | 9022 | $1,195.00 |
| 268 | August 2, 2006 | 41777 | 9022 | $1,195.00 |
| 269 | August 2, 2006 | 41778 | 9022 | $1,100.00 |
| 270 | August 2, 2006 | 41799 | 9021 | $1,000.00 |
| 271 | August 7, 2006 | 42478 | 9022 | $1,000.00 |
| 272 | August 7, 2006 | 42497 | 9022 | $1,195.00 |

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 273 | August 8, 2006 | 42613 | 9022 | $1,195.00 |
| 274 | August 8, 2006 | 42614 | 9023 | $1,000.00 |
| 275 | August 9, 2006 | 42685 | 9022 | $1,195.00 |
| 276 | August 9, 2006 | 42712 | 9022 | $1,100.00 |
| 277 | August 10, 2006 | 42823 | 9022 | $1,195.00 |
| 278 | August 10, 2006 | 42824 | 9023 | $1,100.00 |
| 279 | August 14, 2006 | 43505 | 9023 | $1,100.00 |
| 280 | August 14, 2006 | 43522 | 9023 | $1,100.00 |
| 281 | August 16, 2006 | 43698 | 9022 | $1,195.00 |
| 282 | August 16, 2006 | 43700 | 9023 | $1,100.00 |
| 283 | August 21, 2006 | 44395 | 9022 | $1,195.00 |
| 284 | August 21, 2006 | 44399 | 9023 | $1,000.00 |
| 285 | August 21, 2006 | 44430 | 9022 | $1,100.00 |
| 286 | August 21, 2006 | 44462 | 9022 | $1,195.99 |
| 287 | August 21, 2006 | 44464 | 9022 | $1,100.00 |
| 288 | August 23, 2006 | 44628 | 9023 | $1,195.00 |
| 289 | August 23, 2006 | 44633 | 9022 | $1,000.00 |
| 290 | August 23, 2006 | 44635 | 9022 | $1,100.00 |
| 291 | August 23, 2006 | 44648 | 9022 | $1,100.00 |
| 292 | August 23, 2006 | 44662 | 8004 | $1,100.00 |
| 293 | August 23, 2006 | 44663 | 9022 | $1,100.00 |
| 294 | August 24, 2006 | 44749 | 9022 | $1,195.00 |
| 295 | August 24, 2006 | 44751 | 9023 | $1,195.00 |
| 296 | August 24, 2006 | 44800 | 9002 | $1,195.00 |
| 297 | August 30, 2006 | 45577 | 9022 | $1,195.00 |

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 298 | August 30, 2006 | 45596 | 9022 | $1,195.00 |
| 299 | August 31, 2006 | 45715 | 9022 | $1,195.00 |
| 300 | August 31, 2006 | 45716 | 9023 | $1,100.00 |
| 301 | September 1, 2006 | 45884 | 9003 | $1,195.00 |
| 302 | September 1, 2006 | 45885 | 9022 | $1,100.00 |
| 303 | September 7, 2006 | 46803 | 9022 | $1,195.00 |
| 304 | September 7, 2006 | 46827 | 9003 | $1,195.00 |
| 305 | September 7, 2006 | 46883 | 9022 | $1,195.00 |
| 306 | September 9, 2006 | 47080 | 9022 | $1,195.00 |
| 307 | September 10, 2006 | 47212 | 9023 | $1,000.00 |
| 308 | September 11, 2006 | 47369 | 9022 | $1,195.00 |
| 309 | September 11, 2006 | 47370 | 9023 | $1,195.00 |
| 310 | September 18, 2006 | 48284 | 9023 | $1,195.00 |
| 311 | September 18, 2006 | 48285 | 9022 | $1,100.00 |
| 312 | September 19, 2006 | 48405 | 9022 | $1,195.00 |
| 313 | September 21, 2006 | 48596 | 9023 | $1,195.00 |
| 314 | September 21, 2006 | 48597 | 9022 | $1,100.00 |
| 315 | September 21, 2006 | 48598 | 9023 | $1,000.00 |
| 316 | September 21, 2006 | 48631 | 9022 | $1,195.00 |
| 317 | September 25, 2006 | 49289 | 9022 | $1,195.00 |
| 318 | September 25, 2006 | 49290 | 9023 | $1,195.00 |
| 319 | September 25, 2006 | 49302 | 9022 | $1,195.00 |
| 320 | September 25, 2006 | 49333 | 9022 | $620.00 |
| 321 | September 30, 2006 | 49902 | 9022 | $1,195.00 |
| 322 | September 30, 2006 | 49903 | 9023 | $1,000.00 |

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 323 | October 3, 2006 | 50254 | 9022 | $1,195.00 |
| 324 | October 3, 2006 | 50255 | 9023 | $1,100.00 |
| 325 | October 3, 2006 | 50295 | 9022 | $1,195.00 |
| 326 | October 4, 2006 | 50352 | 9022 | $1,195.00 |
| 327 | October 4, 2006 | 50361 | 9023 | $1,195.00 |
| 328 | October 4, 2006 | 50389 | 9023 | $1,195.00 |
| 329 | October 8, 2006 | 51000 | 9022 | $1,195.00 |
| 330 | October 8, 2006 | 51001 | 9023 | $1,100.00 |
| 331 | October 9, 2006 | 51193 | 9022 | $1,195.00 |
| 332 | October 9, 2006 | 51194 | 9023 | $1,000.00 |
| 333 | October 10, 2006 | 51277 | 9022 | $1,195.00 |
| 334 | October 10, 2006 | 51278 | 9023 | $1,100.00 |
| 335 | October 11, 2006 | 51380 | 9022 | $1,195.00 |
| 336 | October 11, 2006 | 51400 | 9022 | $1,195.00 |
| 337 | October 11, 2006 | 51434 | 9022 | $1,195.00 |
| 338 | October 16, 2006 | 52213 | 9022 | $1,195.00 |
| 339 | October 17, 2006 | 52329 | 9022 | $1,195.00 |
| 340 | October 17, 2006 | 52333 | 9022 | $1,195.00 |
| 341 | October 18, 2006 | 52401 | 9022 | $1,195.00 |
| 342 | October 18, 2006 | 52420 | 9022 | $1,195.00 |
| 343 | October 18, 2006 | 52423 | 9012 | $800.00 |
| 344 | October 25, 2006 | 53338 | 9022 | $1,195.00 |
| 345 | October 26, 2006 | 53463 | 9022 | $1,195.00 |
| 346 | November 2, 2006 | 54205 | 9022 | $1,195.00 |
| 347 | November 2, 2006 | 54213 | 9022 | $1,195.00 |

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 348 | November 3, 2006 | 54318 | 9022 | $1,195.00 |
| 349 | November 9, 2006 | 55255 | 9022 | $1,199.00 |
| 350 | November 9, 2006 | 55257 | 15077 | $1,195.00 |
| 351 | November 9, 2006 | 55265 | 9023 | $100.00 |
| 352 | November 9, 2006 | 55288 | 9023 | $1,195.00 |
| 353 | November 13, 2006 | 55932 | 9022 | $1,195.00 |
| 354 | November 13, 2006 | 55940 | 9022 | $1,195.00 |
| 355 | November 13, 2006 | 55943 | 9023 | $1,195.00 |
| 356 | November 13, 2006 | 55989 | 9022 | $1,000.00 |
| 357 | November 14, 2006 | 56041 | 9022 | $1,195.00 |
| 358 | November 14, 2006 | 56042 | 9022 | $1,195.00 |
| 359 | November 14, 2006 | 56067 | 9022 | $1,195.00 |
| 360 | November 16, 2006 | 56236 | 9022 | $1,195.00 |
| 361 | November 16, 2006 | 56240 | 9022 | $1,024.00 |
| 362 | November 16, 2006 | 56254 | 9022 | $1,195.00 |
| 363 | November 16, 2006 | 56277 | 9022 | $1,100.00 |
| 364 | November 21, 2006 | 56909 | 9022 | $1,195.00 |
| 365 | November 21, 2006 | 56910 | 9023 | $1,195.00 |
| 366 | November 21, 2006 | 56929 | 9022 | $1,000.00 |
| 367 | November 22, 2006 | 57018 | 9022 | $1,000.00 |
| 368 | November 22, 2006 | 57020 | 9023 | $1,100.00 |
| 369 | November 25, 2006 | 57455 | 9022 | $1,195.00 |
| 370 | November 25, 2006 | 57456 | 9023 | $1,100.00 |
| 371 | November 28, 2006 | 57852 | 9023 | $1,195.00 |
| 372 | November 29, 2006 | 57938 | 9022 | $1,195.00 |

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 373 | November 29, 2006 | 57967 | 9022 | $1,195.00 |
| 374 | November 29, 2006 | 57973 | 9023 | $900.00 |
| 375 | November 30, 2006 | 58050 | 9022 | $1,195.00 |
| 376 | November 30, 2006 | 58051 | 9022 | $1,000.00 |
| 377 | December 5, 2006 | 58676 | 9023 | $1,195.00 |
| 378 | December 5, 2006 | 58677 | 9022 | $1,000.00 |
| 379 | December 6, 2006 | 58830 | 9022 | $1,195.00 |
| 380 | December 6, 2006 | 58831 | 9023 | $1,195.00 |
| 381 | December 6, 2006 | 58842 | 9022 | $1,195.00 |
| 382 | December 6, 2006 | 58843 | 9023 | $1,100.00 |
| 383 | December 7, 2006 | 58919 | 9023 | $1,198.00 |
| 384 | December 7, 2006 | 58920 | 9022 | $1,195.00 |
| 385 | December 7, 2006 | 58930 | 9022 | $1,000.00 |
| 386 | December 7, 2006 | 58948 | 9022 | $1,100.00 |
| 387 | December 11, 2006 | 59491 | 9022 | $1,195.00 |
| 388 | December 11, 2006 | 59495 | 9023 | $960.00 |
| 389 | December 13, 2006 | 59654 | 9022 | $1,195.00 |
| 390 | December 13, 2006 | 59655 | 9023 | $1,195.00 |
| 391 | December 13, 2006 | 59668 | 9023 | $1,100.00 |
| 392 | December 14, 2006 | 59743 | 9022 | $1,195.00 |
| 393 | December 14, 2006 | 59746 | 9023 | $1,195.00 |
| 394 | December 14, 2006 | 59747 | 9022 | $1,100.00 |
| 395 | December 14, 2006 | 59786 | 9022 | $1,000.00 |
| 396 | December 14, 2006 | 59787 | 9023 | $1,000.00 |
| 397 | December 17, 2006 | 60129 | 9022 | $1,195.00 |

| Override | Date | Ticket | Slot ID | Amount |
|:---:|:---:|:---:|:---:|---:|
| 398 | December 17, 2006 | 60161 | 9022 | $1,195.00 |
| 399 | December 17, 2006 | 60182 | 9022 | $1,195.00 |
| 400 | December 18, 2006 | 60247 | 9022 | $1,195.00 |
| 401 | December 18, 2006 | 60263 | 9022 | $1,195.00 |
| 402 | December 18, 2006 | 60264 | 9023 | $1,195.00 |
| 403 | December 18, 2006 | 60287 | 9022 | $1,000.00 |
| 404 | December 18, 2006 | 60310 | 9022 | $1,195.00 |
| 405 | December 19, 2006 | 60351 | 9022 | $1,195.00 |
| 406 | December 19, 2006 | 60352 | 9023 | $1,100.00 |
| 407 | December 19, 2006 | 60355 | 9022 | $1,000.00 |
| 408 | December 19, 2006 | 60363 | 9022 | $1,000.00 |
| 409 | December 19, 2006 | 60373 | 9023 | $1,100.00 |
| 410 | December 19, 2006 | 60384 | 9020 | $1,100.00 |
| 411 | December 24, 2006 | 60958 | 9022 | $1,195.00 |
| 412 | December 26, 2006 | 61185 | 9022 | $1,195.00 |
| 413 | December 26, 2006 | 61186 | 9023 | $1,100.00 |
| 414 | December 26, 2006 | 61187 | 9022 | $1,195.00 |
| 415 | December 27, 2006 | 61266 | 8076 | $1,195.00 |
| 416 | December 27, 2006 | 61267 | 9022 | $1,195.00 |
| 417 | December 27, 2006 | 61278 | 9022 | $900.00 |
| 418 | December 27, 2006 | 61279 | 9023 | $1,000.00 |
| 419 | December 27, 2006 | 61307 | 9022 | $1,195.00 |
| 420 | December 27, 2006 | 61309 | 9023 | $1,195.00 |
| 421 | December 27, 2006 | 61312 | 9021 | $1,000.00 |
| 422 | December 27, 2006 | 61314 | 9021 | $1,000.00 |

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 423 | December 27, 2006 | 61315 | 9023 | $1,195.00 |
| 424 | December 30, 2006 | 61766 | 9023 | $1,195.00 |
| 425 | December 30, 2006 | 61768 | 9022 | $900.00 |
| 426 | January 3, 2007 | 62260 | 9020 | $1,195.00 |
| 427 | January 8, 2007 | 62947 | 9023 | $1,198.00 |
| 428 | January 8, 2007 | 62948 | 9023 | $1,100.00 |
| 429 | January 9, 2007 | 63043 | 9012 | $1,195.00 |
| 430 | January 9, 2007 | 63044 | 9013 | $1,195.00 |
| 431 | January 10, 2007 | 63152 | 9013 | $1,195.00 |
| 432 | January 10, 2007 | 63153 | 9012 | $1,195.00 |
| 433 | January 10, 2007 | 63159 | 9020 | $1,000.00 |
| 434 | January 11, 2007 | 63252 | 9012 | $1,195.00 |
| 435 | January 11, 2007 | 63253 | 9013 | $1,195.00 |
| 436 | January 11, 2007 | 63258 | 9013 | $1,195.00 |
| 437 | January 11, 2007 | 63267 | 9013 | $1,000.00 |
| 438 | January 22, 2007 | 64750 | 9022 | $1,195.00 |
| 439 | January 22, 2007 | 64751 | 9013 | $1,195.00 |
| 440 | January 23, 2007 | 64912 | 9021 | $1,000.00 |
| 441 | January 23, 2007 | 64958 | 9013 | $1,198.00 |
| 442 | January 25, 2007 | 65134 | 9013 | $1,195.00 |
| 443 | January 25, 2007 | 65136 | 9014 | $1,195.00 |
| 444 | January 25, 2007 | 65179 | 9013 | $1,195.00 |
| 445 | January 25, 2007 | 65183 | 9013 | $1,000.00 |
| 446 | January 25, 2007 | 65204 | 9013 | $1,195.00 |
| 447 | January 31, 2007 | 66010 | 9023 | $1,000.00 |

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 448 | January 31, 2007 | 66013 | 9013 | $1,195.00 |
| 449 | January 31, 2007 | 66029 | 9013 | $1,195.00 |
| 450 | January 31, 2007 | 66033 | 9023 | $1,195.00 |
| 451 | January 31, 2007 | 66048 | 9013 | $1,195.00 |
| 452 | January 31, 2007 | 66059 | 9013 | $1,100.00 |
| 453 | February 7, 2007 | 67169 | 9013 | $1,195.00 |
| 454 | February 7, 2007 | 67182 | 9023 | $1,100.00 |
| 455 | February 8, 2007 | 67283 | 9013 | $1,195.00 |
| 456 | February 8, 2007 | 67284 | 9023 | $1,000.00 |
| 457 | February 8, 2007 | 67304 | 9023 | $1,180.00 |
| 458 | February 8, 2007 | 67352 | 9013 | $1,195.00 |
| 459 | February 12, 2007 | 68123 | 9023 | $1,000.00 |
| 460 | February 12, 2007 | 68126 | 9013 | $1,195.00 |
| 461 | February 12, 2007 | 68167 | 9013 | $1,195.00 |
| 462 | February 12, 2007 | 68168 | 9023 | $1,100.00 |
| 463 | February 13, 2007 | 68219 | 9013 | $1,195.00 |
| 464 | February 13, 2007 | 68221 | 9023 | $1,000.00 |
| 465 | February 17, 2007 | 68803 | 9013 | $1,190.00 |
| 466 | March 5, 2007 | 71740 | 9013 | $1,195.00 |
| 467 | March 5, 2007 | 71741 | 9023 | $1,195.00 |
| 468 | July 5, 2096 | 71776 | 9013 | $1,195.00 |
| 469 | March 5, 2007 | 71781 | 9023 | $1,000.00 |
| 470 | March 8, 2007 | 72097 | 9023 | $1,195.00 |
| 471 | March 8, 2007 | 72110 | 9022 | $1,000.00 |
| 472 | March 12, 2007 | 72911 | 22071 | $1,195.00 |

| Override | Date | Ticket | Slot ID | Amount |
|----------|------|--------|---------|--------|
| 473 | March 12, 2007 | 72913 | 9023 | $1,195.00 |
| 474 | March 12, 2007 | 72924 | 9002 | $1,100.00 |
| 475 | March 13, 2007 | 73089 | 9023 | $1,195.00 |
| 476 | March 14, 2007 | 73202 | 9023 | $1,195.00 |
| 477 | March 14, 2007 | 73215 | 9022 | $1,100.00 |
| 478 | March 14, 2007 | 73218 | 9021 | $1,000.00 |
| 479 | March 20, 2007 | 74256 | 9023 | $1,195.00 |
| 480 | March 20, 2007 | 74271 | 9023 | $1,100.00 |
| 481 | March 21, 2007 | 74401 | 2118 | $1,000.00 |
| 482 | March 21, 2007 | 74403 | 9003 | $1,195.00 |
| 483 | March 22, 2007 | 74535 | 28091 | $1,195.00 |
| 484 | March 22, 2007 | 74573 | 9003 | $1,195.00 |
| 485 | March 26, 2007 | 75350 | 28091 | $1,195.00 |
| 486 | March 26, 2007 | 75351 | 9023 | $1,195.00 |
| 487 | April 17, 2007 | 79440 | 9022 | $1,195.00 |
| 488 | April 17, 2007 | 79450 | 9023 | $1,195.00 |
| 489 | April 17, 2007 | 79459 | 9002 | $1,000.00 |
| 490 | April 17, 2007 | 79467 | 9022 | $1,100.00 |
| 491 | April 18, 2007 | 79586 | 9022 | $1,195.00 |
| 492 | April 18, 2007 | 79587 | 9003 | $1,100.00 |
| 493 | April 19, 2007 | 79702 | 9022 | $1,195.00 |
| 494 | April 19, 2007 | 79703 | 9022 | $1,000.00 |
| 495 | April 19, 2007 | 79733 | 9023 | $1,100.00 |
| 496 | April 23, 2007 | 80618 | 9022 | $1,195.00 |
| 497 | April 23, 2007 | 80623 | 9023 | $1,100.00 |

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 498 | April 24, 2007 | 80799 | 9022 | $1,195.00 |
| 499 | April 24, 2007 | 80801 | 9022 | $1,195.00 |
| 500 | April 30, 2007 | 81878 | 9023 | $1,195.00 |
| 501 | April 30, 2007 | 81884 | 9022 | $1,195.00 |
| 502 | May 1, 2007 | 81968 | 8076 | $1,195.00 |
| 503 | May 1, 2007 | 82047 | 9023 | $1,195.00 |
| 504 | May 2, 2007 | 82139 | 9022 | $1,195.00 |
| 505 | May 2, 2007 | 82143 | 8067 | $1,000.00 |
| 506 | May 2, 2007 | 82175 | 8067 | $1,100.00 |
| 507 | May 2, 2007 | 82213 | 8067 | $1,000.00 |
| 508 | May 4, 2007 | 82450 | 8067 | $1,195.00 |
| 509 | May 4, 2007 | 82452 | 9022 | $1,100.00 |
| 510 | May 7, 2007 | 83100 | 8067 | $1,195.00 |
| 511 | May 7, 2007 | 83109 | 9022 | $1,000.00 |
| 512 | May 8, 2007 | 83320 | 8067 | $1,195.00 |
| 513 | May 10, 2007 | 83518 | 9023 | $1,195.00 |
| 514 | May 10, 2007 | 83541 | 9022 | $1,195.00 |
| 515 | May 10, 2007 | 83589 | 8067 | $1,000.00 |
| 516 | May 10, 2007 | 83609 | 9023 | $1,195.00 |
| 517 | May 12, 2007 | 83941 | 9022 | $1,000.00 |
| 518 | May 12, 2007 | 83945 | 8067 | $1,195.00 |
| 519 | May 12, 2007 | 83999 | 9022 | $1,100.00 |
| 520 | May 12, 2007 | 84025 | 9022 | $1,100.00 |
| 521 | May 12, 2007 | 84055 | 9022 | $1,100.00 |
| 522 | May 23, 2007 | 175889 | 9023 | $1,100.00 |

| Override | Date | Ticket | Slot ID | Amount |
|----------|------|--------|---------|--------|
| 523 | May 23, 2007 | 175896 | 9022 | $1,195.00 |
| 524 | May 23, 2007 | 17594 | 8067 | $1,000.00 |
| 525 | May 24, 2007 | 176282 | 8067 | $1,195.00 |
| 526 | May 24, 2007 | 176293 | 9023 | $1,100.00 |
| 527 | May 24, 2007 | 176333 | 9023 | $1,000.00 |
| 528 | May 24, 2007 | 176346 | 9022 | $1,195.00 |
| 529 | May 24, 2007 | 176403 | 9022 | $900.00 |
| 530 | May 29, 2007 | 178395 | 9022 | $1,195.00 |
| 531 | May 29, 2007 | 178447 | 9023 | $1,100.00 |
| 532 | May 29, 2007 | 178499 | 8067 | $1,195.00 |
| 533 | May 29, 2007 | 178516 | 8067 | $1,100.00 |
| 534 | May 30, 2007 | 178743 | 8067 | $1,195.00 |
| 535 | May 30, 2007 | 178791 | 8067 | $1,100.00 |
| 536 | May 30, 2007 | 178813 | 9023 | $1,100.00 |
| 537 | June 1, 2007 | 179492 | 8067 | $1,000.00 |
| 538 | June 1, 2007 | 179518 | 8067 | $900.00 |
| 539 | June 1, 2007 | 179548 | 8067 | $1,195.00 |
| 540 | June 6, 2007 | 181738 | 9023 | $1,195.00 |
| 541 | June 6, 2007 | 181870 | 9023 | $1,195.00 |
| 542 | June 7, 2007 | 182302 | 9023 | $1,195.00 |
| 543 | June 7, 2007 | 182324 | 9022 | $1,100.00 |
| 544 | June 8, 2007 | 182751 | 9022 | $1,195.00 |
| 545 | June 9, 2007 | 183364 | 9023 | $1,195.00 |
| 546 | June 11, 2007 | 184121 | 9023 | $1,195.00 |
| 547 | June 11, 2007 | 184146 | 9022 | $1,000.00 |

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 548 | June 13, 2007 | 184934 | 9022 | $1,195.00 |
| 549 | June 13, 2007 | 184976 | 9023 | $1,195.00 |
| 550 | June 13, 2007 | 185038 | 9023 | $1,100.00 |
| 551 | June 14, 2007 | 185226 | 9023 | $1,195.00 |
| 552 | June 14, 2007 | 185267 | 9022 | $1,195.00 |
| 553 | June 14, 2007 | 185416 | 9022 | $1,195.00 |
| 554 | June 14, 2007 | 185421 | 8067 | $1,000.00 |
| 555 | June 15, 2007 | 185688 | 9022 | $1,195.00 |
| 556 | June 15, 2007 | 185704 | 9022 | $1,000.00 |
| 557 | June 15, 2007 | 185748 | 8067 | $1,000.00 |
| 558 | June 15, 2007 | 185814 | 9022 | $900.00 |
| 559 | June 20, 2007 | 187914 | 9022 | $1,195.00 |
| 560 | June 20, 2007 | 187937 | 9022 | $1,195.00 |
| 561 | June 20, 2007 | 188032 | 9022 | $1,100.00 |
| 562 | June 20, 2007 | 188046 | 8067 | $1,000.00 |
| 563 | June 21, 2007 | 188358 | 8067 | $1,000.00 |
| 564 | June 21, 2007 | 188458 | 8067 | $1,000.00 |
| 565 | June 22, 2007 | 188847 | 9022 | $1,195.00 |
| 566 | June 22, 2007 | 189035 | 9022 | $1,000.00 |
| 567 | June 25, 2007 | 190190 | 9022 | $1,195.00 |
| 568 | June 25, 2007 | 190319 | 8067 | $1,100.00 |
| 569 | June 25, 2007 | 190358 | 9022 | $1,000.00 |
| 570 | June 26, 2007 | 190623 | 9022 | $1,195.00 |
| 571 | June 26, 2007 | 190647 | 9022 | $1,100.00 |
| 572 | June 26, 2007 | 190722 | 9022 | $1,100.00 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Override | Date | Ticket | Slot ID | Amount |
|---|---|---|---|---|
| 573 | June 27, 2007 | 191009 | 9023 | $1,195.00 |
| 574 | June 27, 2007 | 191011 | 8067 | $1,100.00 |
| 575 | June 27, 2007 | 191092 | 9022 | $1,195.00 |
| 576 | June 27, 2007 | 191097 | 8067 | $1,000.00 |
| 577 | June 30, 2007 | 192176 | 9022 | $1,100.00 |
| 578 | June 30, 2007 | 192217 | 9022 | $1,195.00 |
| 579 | July 1, 2007 | 192681 | 9021 | $1,195.00 |
| 580 | July 1, 2007 | 192701 | 8067 | $900.00 |
| 581 | July 1, 2007 | 192772 | 9022 | $1,000.00 |
| 582 | July 2, 2007 | 193060 | 9022 | $1,195.00 |
| 583 | July 2, 2007 | 193102 | 8067 | $1,000.00 |
| 584 | July 9, 2007 | 196685 | 9022 | $1,195.00 |
| 585 | July 9, 2007 | 196849 | 8067 | $1,000.00 |

9. The total amount received by the defendant from these fraudulent jackpot override tickets is $664,422.00.

## COUNT 1

### (Theft by Officer or Employee of Gaming Establishment on Indian Lands)

The factual allegations in Paragraphs 1-9 of the Indictment are incorporated by reference and re-alleged as though fully set forth herein.

On or about October 11, 2005, in the District of Arizona, ADAM THOMAS VEGA, being an employee of Desert Diamond Casino, a gaming establishment operated by or for or licensed by an Indian tribe, namely the Tohono O'odham Nation, pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, did embezzle, abstract, purloin, willfully misapply, or take and carry away with the intent to steal, any moneys, funds, assets, or other property of such establishment of a value in excess of $1,000.

In violation of Title 18, United States Code, Section 1168(b).

## COUNT 2

**(Theft by Officer or Employee of Gaming Establishment on Indian Lands)**

The factual allegations in Paragraphs 1-9 of the Indictment are incorporated by reference and re-alleged as though fully set forth herein.

On or about October 23, 2005, in the District of Arizona, ADAM THOMAS VEGA, being an employee of Desert Diamond Casino, a gaming establishment operated by or for or licensed by an Indian tribe, namely the Tohono O'odham Nation, pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, did embezzle, abstract, purloin, willfully misapply, or take and carry away with the intent to steal, any moneys, funds, assets, or other property of such establishment of a value in excess of $1,000.

In violation of Title 18, United States Code, Section 1168(b).

## COUNT 3

**(Theft by Officer or Employee of Gaming Establishment on Indian Lands)**

The factual allegations in Paragraphs 1-9 of the Indictment are incorporated by reference and re-alleged as though fully set forth herein.

On or about November 5, 2005, in the District of Arizona, ADAM THOMAS VEGA, being an employee of Desert Diamond Casino, a gaming establishment operated by or for or licensed by an Indian tribe, namely the Tohono O'odham Nation, pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, did embezzle, abstract, purloin, willfully misapply, or take and carry away with the intent to steal, any moneys, funds, assets, or other property of such establishment of a value in excess of $1,000.

In violation of Title 18, United States Code, Section 1168(b).

## COUNT 4

**(Theft by Officer or Employee of Gaming Establishment on Indian Lands)**

The factual allegations in Paragraphs 1-9 of the Indictment are incorporated by reference and re-alleged as though fully set forth herein.

On or about December 3, 2005, in the District of Arizona, ADAM THOMAS VEGA, being an employee of Desert Diamond Casino, a gaming establishment operated by or for or licensed by an Indian tribe, namely the Tohono O'odham Nation, pursuant to an ordinance or

1  resolution approved by the National Indian Gaming Commission, did embezzle, abstract,

2  purloin, willfully misapply, or take and carry away with the intent to steal, any moneys,

3  funds, assets, or other property of such establishment of a value in excess of $1,000.

4      In violation of Title 18, United States Code, Section 1168(b).

5  ## COUNT 5

6  **(Theft by Officer or Employee of Gaming Establishment on Indian Lands)**

7      The factual allegations in Paragraphs 1-9 of the Indictment are incorporated by reference

8  and re-alleged as though fully set forth herein.

9      On or about December 25, 2005, in the District of Arizona, ADAM THOMAS VEGA,

10  being an employee of Desert Diamond Casino, a gaming establishment operated by or for or

11  licensed by an Indian tribe, namely the Tohono O'odham Nation, pursuant to an ordinance or

12  resolution approved by the National Indian Gaming Commission, did embezzle, abstract,

13  purloin, willfully misapply, or take and carry away with the intent to steal, any moneys,

14  funds, assets, or other property of such establishment of a value in excess of $1,000.

15      In violation of Title 18, United States Code, Section 11668(b).

16  ## COUNT 6

17  **(Theft by Officer or Employee of Gaming Establishment on Indian Lands)**

18      The factual allegations in Paragraphs 1-9 of the Indictment are incorporated by reference

19  and re-alleged as though fully set forth herein.

20      On or about April 25, 2006, in the District of Arizona, ADAM THOMAS VEGA, being

21  an employee of Desert Diamond Casino, a gaming establishment operated by or for or

22  licensed by an Indian tribe, namely the Tohono O'odham Nation, pursuant to an ordinance or

23  resolution approved by the National Indian Gaming Commission, did embezzle, abstract,

24  purloin, willfully misapply, or take and carry away with the intent to steal, any moneys,

25  funds, assets, or other property of such establishment of a value in excess of $1,000.

26      In violation of Title 18, United States Code, Section 1168(b).

27

28

**COUNT 7**

**(Theft by Officer or Employee of Gaming Establishment on Indian Lands)**

The factual allegations in Paragraphs 1-9 of the Indictment are incorporated by reference and re-alleged as though fully set forth herein.

On or about May 15, 2006, in the District of Arizona, ADAM THOMAS VEGA, being an employee of Desert Diamond Casino, a gaming establishment operated by or for or licensed by an Indian tribe, namely the Tohono O'odham Nation, pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, did embezzle, abstract, purloin, willfully misapply, or take and carry away with the intent to steal, any moneys, funds, assets, or other property of such establishment of a value in excess of $1,000.

In violation of Title 18, United States Code, Section 1168(b).

**COUNT 8**

**(Theft by Officer or Employee of Gaming Establishment on Indian Lands)**

The factual allegations in Paragraphs 1-9 of the Indictment are incorporated by reference and re-alleged as though fully set forth herein.

On or about July 5, 2006, in the District of Arizona, ADAM THOMAS VEGA, being an employee of Desert Diamond Casino, a gaming establishment operated by or for or licensed by an Indian tribe, namely the Tohono O'odham Nation, pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, did embezzle, abstract, purloin, willfully misapply, or take and carry away with the intent to steal, any moneys, funds, assets, or other property of such establishment of a value in excess of $1,000.

In violation of Title 18, United States Code, Section 1168(b).

**COUNT 9**

**(Theft by Officer or Employee of Gaming Establishment on Indian Lands)**

The factual allegations in Paragraphs 1-9 of the Indictment are incorporated by reference and re-alleged as though fully set forth herein.

On or about August 23, 2006, in the District of Arizona, ADAM THOMAS VEGA, being an employee of Desert Diamond Casino, a gaming establishment operated by or for or licensed by an Indian tribe, namely the Tohono O'odham Nation, pursuant to an ordinance or

1  resolution approved by the National Indian Gaming Commission, did embezzle, abstract,

2  purloin, willfully misapply, or take and carry away with the intent to steal, any moneys,

3  funds, assets, or other property of such establishment of a value in excess of $1,000.

4      In violation of Title 18, United States Code, Section 1168(b).

5                              **COUNT 10**

6      **(Theft by Officer or Employee of Gaming Establishment on Indian Lands)**

7      The factual allegations in Paragraphs 1-9 of the Indictment are incorporated by reference

8  and re-alleged as though fully set forth herein.

9      On or about September 21, 2006, in the District of Arizona, ADAM THOMAS VEGA,

10 being an employee of Desert Diamond Casino, a gaming establishment operated by or for or

11 licensed by an Indian tribe, namely the Tohono O'odham Nation, pursuant to an ordinance or

12 resolution approved by the National Indian Gaming Commission, did embezzle, abstract,

13 purloin, willfully misapply, or take and carry away with the intent to steal, any moneys,

14 funds, assets, or other property of such establishment of a value in excess of $1,000.

15     In violation of Title 18, United States Code, Section 1168(b).

16                             **COUNT 11**

17     **(Theft by Officer or Employee of Gaming Establishment on Indian Lands)**

18     The factual allegations in Paragraphs 1-9 of the Indictment are incorporated by reference

19 and re-alleged as though fully set forth herein.

20     On or about December 19, 2006, in the District of Arizona, ADAM THOMAS VEGA,

21 being an employee of Desert Diamond Casino, a gaming establishment operated by or for or

22 licensed by an Indian tribe, namely the Tohono O'odham Nation, pursuant to an ordinance or

23 resolution approved by the National Indian Gaming Commission, did embezzle, abstract,

24 purloin, willfully misapply, or take and carry away with the intent to steal, any moneys,

25 funds, assets, or other property of such establishment of a value in excess of $1,000.

26     In violation of Title 18, United States Code, Section 1168(b).

27

28

## COUNT 12

**(Theft by Officer or Employee of Gaming Establishment on Indian Lands)**

The factual allegations in Paragraphs 1-9 of the Indictment are incorporated by reference and re-alleged as though fully set forth herein.

On or about January 11, 2007, in the District of Arizona, ADAM THOMAS VEGA, being an employee of Desert Diamond Casino, a gaming establishment operated by or for or licensed by an Indian tribe, namely the Tohono O'odham Nation, pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, did embezzle, abstract, purloin, willfully misapply, or take and carry away with the intent to steal, any moneys, funds, assets, or other property of such establishment of a value in excess of $1,000.

In violation of Title 18, United States Code, Section 1168(b).

## COUNT 13

**(Theft by Officer or Employee of Gaming Establishment on Indian Lands)**

The factual allegations in Paragraphs 1-9 of the Indictment are incorporated by reference and re-alleged as though fully set forth herein.

On or about February 8, 2007, in the District of Arizona, ADAM THOMAS VEGA, being an employee of Desert Diamond Casino, a gaming establishment operated by or for or licensed by an Indian tribe, namely the Tohono O'odham Nation, pursuant to an ordinance or resolution approved by the National Indian Gaming Commission, did embezzle, abstract, purloin, willfully misapply, or take and carry away with the intent to steal, any moneys, funds, assets, or other property of such establishment of a value in excess of $1,000.

In violation of Title 18, United States Code, Section 1168(b).

## COUNT 14

**(Theft by Officer or Employee of Gaming Establishment on Indian Lands)**

The factual allegations in Paragraphs 1-9 of the Indictment are incorporated by reference and re-alleged as though fully set forth herein.

On or about June 14, 2007, in the District of Arizona, ADAM THOMAS VEGA, being an employee of Desert Diamond Casino, a gaming establishment operated by or for or licensed by an Indian tribe, namely the Tohono O'odham Nation, pursuant to an ordinance or

1  resolution approved by the National Indian Gaming Commission, did embezzle, abstract,

2  purloin, willfully misapply, or take and carry away with the intent to steal, any moneys,

3  funds, assets, or other property of such establishment of a value in excess of $1,000.

4      In violation of Title 18, United States Code, Section 1168(b).

5  ## COUNT 15

6  **(Theft by Officer or Employee of Gaming Establishment on Indian Lands)**

7      The factual allegations in Paragraphs 1-9 of the Indictment are incorporated by reference

8  and re-alleged as though fully set forth herein.

9      On or about July 1, 2007, in the District of Arizona, ADAM THOMAS VEGA, being an

10  employee of Desert Diamond Casino, a gaming establishment operated by or for or licensed

11  by an Indian tribe, namely the Tohono O'odham Nation, pursuant to an ordinance or

12  resolution approved by the National Indian Gaming Commission, did embezzle, abstract,

13  purloin, willfully misapply, or take and carry away with the intent to steal, any moneys,

14  funds, assets, or other property of such establishment of a value in excess of $1,000.

15      In violation of Title 18, United States Code, Section 1168(b).

16  ## COUNTS 16 THRU 18

17  **(Attempt to Evade Assessment and Payment of Federal Income Taxes)**

18      The factual allegations in paragraphs 1-9 of the Indictment are incorporated by reference

19  and re-alleged as though fully set forth herein.

20      Beginning on or about October 1, 2005 and continuing until on or about at least July 9,

21  2007, in the District of Arizona, defendant ADAM THOMAS VEGA, a resident of Tucson,

22  Arizona, did willfully attempt to evade the assessment and payment of federal individual

23  income taxes for the calendar years 2005, 2006, and 2007, by intentionally under reporting

24  his gross income by omitting the illegally obtained income from false jackpot override slips

25  as described in paragraphs 1-9 above.  The defendant failed to report his gross income and

26  pay his individual federal income taxes as set forth below:

27

28

| Count | Tax Year | Date Return filed with IRS | Gross Income Not Reported | Tax Evaded |
|-------|----------|----------------------------|---------------------------|------------|
| 16 | 2005 | 4/15/2006 | $91,503 | $23,452 |
| 17 | 2006 | 4/15/2007 | $392,588 | $129,248 |
| 18 | 2007 | 4/15/2008 | $180,331 | $52,377 |

In violation of Title 26, United States Code, Section 7201.

A TRUE BILL

FOREPERSON OF THE GRAND JURY
Date: September 3, 2008

REDACTED FOR PUBLIC DISCLOSURE

SEP 0 3 2008

DIANE J. HUMETEWA
United States Attorney
District of Arizona

MARK BRNOVICH
Assistant U.S. Attorney